# Exhibit E

| | | |
|---|---|---|
| **From:** | **Melissa Gray** melissa.gray@klemchuk.com  | |
| **Subject:** | Re: Home Vestors - Ref#1141.0067 | |
| **Date:** | January 21, 2016 at 4:13 PM | |
| **To:** | J. Thomas Hodges tom@jthlaw.com | |
| **Cc:** | Claudia Alvarado claudia.alvarado@klemchuk.com | |

The "changes" your client made only demonstrate they are clearly not taking this matter seriously—exact infringement of HomeVestors' marks still remain throughout the titles, meta tags, and URLs of your client's domains.  I previously provided a detailed packet of examples for your client to use as a reference.  More packets are attached outlining the referenced material.  Due to the volume, this is not an all inclusive list of all outstanding uses to which we object—merely an attempt at further specificity so we can avoid further back and forth.  This is as specific as we can be.

Given the volume of evidence we have of your client's exact and willful infringement of HomeVestors' marks, my client will accept nothing less than full compliance with removal of <u>all permutations</u> of its intellectual property and execution of the settlement agreement enclosed in our initial communication in November.

I look forward to your client's response and signed agreement on or before January 27th.

M<small>ELISSA</small> G<small>RAY</small>
A<small>SSOCIATE</small>

K<small>LEMCHUK</small> LLP
C<small>AMPBELL</small> C<small>ENTRE</small> II
8150 N<small>ORTH</small> C<small>ENTRAL</small> E<small>XPRESSWAY</small>, 10<small>TH</small> F<small>LOOR</small>
D<small>ALLAS</small>, TX 75206

| O<small>FFICE</small> | (214) 367-6000 |
|---|---|
| F<small>AX</small> | (214) 367-6001 |



WEBSITE | BIO | vCARD | MY LINKEDIN | MAP | EMAIL

  

T<small>HIS EMAIL MESSAGE AND ANY ATTACHMENTS ARE FOR THE SOLE USE OF THE INTENDED RECIPIENT</small>(S) <small>AND CONTAIN CONFIDENTIAL AND/OR PRIVILEGED INFORMATION</small>. A<small>NY UNAUTHORIZED REVIEW, USE, DISCLOSURE OR DISTRIBUTION IS PROHIBITED</small>. I<small>F YOU ARE NOT THE INTENDED RECIPIENT, PLEASE CONTACT THE SENDER BY REPLY EMAIL AND DESTROY ALL COPIES OF THE ORIGINAL MESSAGE AND ANY ATTACHMENTS</small>.



2016.01.21_Evidence_sellhousequ…41-0067.pdf



2016.01.21_Evidence_sellhousefas…1.0067.pdf



> On Jan 21, 2016, at 2:59 PM, J. Thomas Hodges <tom@jthlaw.com> wrote:
>
> Ms. Gray,
>
> My client's did make many changes to their sites.  I don't believe your client's own exclusive rights to the word "ugly" as an adjective.  If you can be more specific we might be able to deal with your concerns.  But the word ugly is not owned exclusively by your client.
>
> Sincerely,
>
> **J. Thomas Hodges**
>
> 513.421.8454
> 1219 Sycamore Street

Cincinnati, OH 45202
tom@jthlaw.com
www.jthlaw.com

**NOTICE:**  This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply at tom@jthlaw.com and delete the message.

---

**From:** Melissa Gray [mailto:melissa.gray@klemchuk.com]
**Sent:** Thursday, January 21, 2016 3:54 PM
**To:** J. Thomas Hodges <tom@jthlaw.com>
**Cc:** Claudia Alvarado <claudia.alvarado@klemchuk.com>
**Subject:** Re: Home Vestors - Ref#1141.0067

Mr. Hodges,

We have conducted yet another evaluation of your client's websites and online advertising and it does not appear significant progress has been made to correct the outstanding uses of HomeVestors' marks and marks similar thereto.  In the interest of pointing your client directly to the offending material we have attached another packet outlining a representative sample of the offending material.  When can we expect this to be complete?

While we would like to resolve this amicably, my client is losing patience and wasting resources continuing in these efforts.  Should we fail to receive your client's full compliance on or before **January 27th**, I will be escalating this matter for further handling.

Please contact me with any questions.

MELISSA GRAY
ASSOCIATE

KLEMCHUK LLP
CAMPBELL CENTRE II
8150 NORTH CENTRAL EXPRESSWAY, 10TH FLOOR
DALLAS, TX 75206

OFFICE              (214) 367-6000
FAX                 (214) 367-6001



WEBSITE | BIO | VCARD | MY LINKEDIN | MAP | EMAIL



THIS EMAIL MESSAGE AND ANY ATTACHMENTS ARE FOR THE SOLE USE OF THE INTENDED RECIPIENT(S) AND CONTAIN CONFIDENTIAL AND/OR PRIVILEGED INFORMATION. ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE OR DISTRIBUTION IS PROHIBITED. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE CONTACT THE SENDER BY REPLY EMAIL AND DESTROY ALL COPIES OF THE ORIGINAL MESSAGE AND ANY ATTACHMENTS.