# THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| HOMEVESTORS OF AMERICA, INC., ) | |
| ) | Case No. 1:16-cv-00405 |
| Plaintiff, ) | |
| ) | Judge Susan J. Dlott |
| vs. ) | |
| ) | |
| MITCHELL D. PAINTER, Individually, ) | |
| and ) | |
| RENTCLIFTON.COM, INC., ) | |
| ) | |
| Defendants. ) | |

## **STIPULATED EXTENSION OF TIME IN WHICH DEFENDANTS MAY MOVE, ANSWER OR OTHERWISE PLEAD**

Pursuant to Local Rule 6.1, the parties hereby stipulate that defendants Mitchell D. Painter and Rentclifton.com, Inc. shall have an additional twenty-one (21) days, up to and including May 4, 2016, in which to move, answer or otherwise plead in response to the complaint.  No prior extensions have been granted.

SO STIPULATED

| | |
|---|---|
| s/ J. Thomas Hodges | s/ Adam C. Sherman |
| J. Thomas Hodges (0082511) | Adam C. Sherman (0076850) |
| 1219 Sycamore Street | VORYS, SATER, SEYMOUR AND PEASE LLP |
| Cincinnati, Ohio  45202 | Great American Tower, Suite 3500 |
| Telephone:  (513) 421-8454 | 301 East Fourth Street |
| tom@jthlaw.com | Cincinnati, OH  45202 |
| | Telephone:  (513) 723-4000 |
| *Attorney for Defendants,* | Facsimile:  (513) 723-4056 |
| *Mitchell D. Painter and* | acsherman@vorys.com |
| *Rentclifton.com, Inc.* | |
| | *Attorneys for Plaintiff* |
| | *HomeVestors of America, Inc.* |

-2-

## **CERTIFICATE OF SERVICE**

 I certify that a true and accurate copy of the foregoing was served upon the following, via US Mail, postage prepaid, this 7th day of April, 2016.

J. Thomas Hodges, Esq.
1219 Sycamore Street
Cincinnati, Ohio  45202

              _s/ Adam C. Sherman_
              Adam C. Sherman